AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Western District of Arkansas

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**MAY 0 7 2012**

CHRIS R. JOHNSON, Clerk
By

Deputy Clerk

|  |  |
|---|---|
| TODD TUCKER | ) |
| *Plaintiff* | ) |
| v. | ) |
| MIG CAPITAL MANAGEMENT, INC. | ) |
| *Defendant* | ) |

Case No. *12-6059*

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TODD TUCKER

Date:    4/30/12

_____
*Attorney's signature*

LARRY P. SMITH - 6217162
*Printed name and bar number*

LARRY P. SMITH & ASSOCIATES, LTD.
205 NORTH MICHIGAN AVENUE, SUITE 2940
CHICAGO, IL 60601
*Address*

lsmith@smithlaw.us
*E-mail address*

(312) 324-3532
*Telephone number*

(888) 418-1277
*FAX number*