IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TODD TUCKER                                    PLAINTIFF

NO.  12-6059

MIG CAPITAL MANAGEMENT, INC et al.                  DEFENDANT

### CLERK'S ORDER OF DISMISSAL

On this 28th day of January, 2013, the plaintiff hereto having filed a Notice of dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

BY:  June Newland
       Deputy Clerk